THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PAUL GRADY,
    Plaintiff

v.                                                No. 5:16-cv-02983

AMY CRUSH; and
JOSEPH BECERCI,
    Defendants

## O R D E R

**AND NOW**, this 1st day of March, 2019, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, ECF No. 54, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendants Amy Crush[1] and Joseph Bercerci,[2] and against Plaintiff Paul Grady.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Amy Crush is now known by her married name Amy Clewell.
[2] The correct spelling of this Defendant's last name is Besterci.